**UNITED STATES of America,**
**Appellee,**

v.

**Angel CENA–VARGAS, Appellant.**

**No. 04–1020.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 29, 2004.

Decided: Nov. 17, 2004.

---

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

Robert Lee Teig, Richard Louis Murphy, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Angel Cena–Vargas, #08976–029, Federal Correctional Institution, Cumberland, MD, for Defendant–Appellant.

Before RILEY, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Angel Cena–Vargas appeals from the final judgment entered in the District Court[1] for the Northern District of Iowa upon his guilty plea to illegally reentering the United States after deportation following a conviction for an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b)(2). The district court sentenced appellant to 77 months imprisonment and 3 years supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was too harsh.

This argument fails, as the sentence falls within § 1326(b)'s 20–year maximum and is at the bottom of the appropriate Guidelines range. *See* 18 U.S.C. § 3742(a); *United States v. Smotherman,* 326 F.3d 988, 989 (8th Cir.) (per curiam), *cert. denied,* 540 U.S. 912, 124 S.Ct. 293, 157 L.Ed.2d 203 (2003). Having found no non-frivolous issues after reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm. We also grant counsel's motion to withdraw.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.